UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENJAMIN BALLOUT,<br><br>                              Plaintiff,<br><br>         -against-<br><br>YASMINE BENCHAKROUN; ENGEL & VOLKERS DUBAI, UAE,<br><br>                              Defendants. | 25cv5575 (LTS)<br><br>CIVIL JUDGMENT |

     For the reasons stated in the September 2, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:  September 3, 2025
           New York, New York

                                                      /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                Chief United States District Judge